1  C. Brandon Wisoff (State Bar No. 121930)
   bwisoff@fbm.com
2  Thomas B. Mayhew (State Bar No. 183539)
   tmayhew@fbm.com
3  FARELLA BRAUN + MARTEL LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:  (415) 954-4480

6  Attorneys for Defendant
   ELECTROLUX HOME PRODUCTS INCORPORATED
7

8              UNITED STATES DISTRICT COURT OF CALIFORNIA

9                           EASTERN DISTRICT

10

11 | ROBERT BOVERO,                          | Case No. 2:13-cv-00087-WBS-AC
12 |         Plaintiff,                      | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND FIRST AMENDED COMPLAINT (L.R. 144)**
13 | v.                                      |
14 | ELECTROLUX HOME PRODUCTS INCORPORATED,   |
15 |                                         | Complaint served:  Jan. 17, 2013
   |         Defendant.                      | Current response date:  Feb. 7, 2013
16 |                                         | New response date:  March 29, 2013

17

18         Plaintiff ROBERT BOVERO ("Plaintiff") and Defendant ELECTROLUX HOME

19 PRODUCTS INCORPORATED ("Electrolux"), by and through their respective counsel, hereby

20 stipulate and agree as follows:

21         WHEREAS, on January 16, 2013, Plaintiff filed his initial Complaint in this action;

22         WHEREAS, on January 17, 2013, Plaintiff served Electrolux with a copy of the initial

23 Complaint and Summons in a Civil Action;

24         WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a), Electrolux currently must

25 file and serve a response to Plaintiffs' initial Complaint on or before February 7, 2013;

26         WHEREAS, the parties have not yet obtained any extensions as to Electrolux's time to

27 file and serve a response to Plaintiff's initial Complaint;

28

1  WHEREAS, Plaintiff has notified Electrolux that he intends to file a First Amended
2  Complaint on or before March 1, 2013 to, at a minimum, add a claim for damages to his cause of
3  action under the California Consumers Legal Remedies Act ("CLRA");

4  WHEREAS, Electrolux does not wish to incur, and Plaintiff does not wish to cause
5  Electrolux to incur, any burden or expense in responding to the Complaint now on file that will be
6  superseded by the First Amended Complaint when it is filed;

7  WHEREAS, Electrolux also has requested from Plaintiff additional time to prepare a
8  response to Plaintiff's forthcoming First Amended Complaint, which Plaintiff intends to file on or
9  before March 1, 2013;

10  WHEREAS both parties have agreed that good cause exists to extend the time for
11  Electrolux to respond to Plaintiff's contemplated First Amended Complaint to and including
12  March 29, 2013 (28 days after Plaintiff intends to file a First Amended Complaint);

13  NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE THAT (1)
14  Plaintiff shall file his First Amended Complaint on or before March 1, 2013; (2) Electrolux need
15  not respond to the Complaint currently on file; and (3) Electrolux shall have to and including
16  March 29, 2013, to move, answer, or otherwise respond to Plaintiff's First Amended Complaint

17  IT IS SO STIPULATED.

19  Dated: January 30, 2013            FARELLA BRAUN + MARTEL LLP

20                                     By: /s/ C. Brandon Wisoff
                                            C. Brandon Wisoff
21
                                       Attorneys for Defendant
22                                     ELECTROLUX HOME PRODUCTS INC.

24  Dated: January 30, 2013            EPPSTEINER & FIORICA ATTORNEYS, LLP

25                                     By: /s/ Stuart M. Eppsteiner
                                            Stuart M. Eppsteiner
26                                          (as authorized on January 30, 2013)

27                                     Attorneys for Plaintiff ROBERT BOVERO, on
                                       behalf of himself and those similarly situated
28

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT                  - 2 -                                28594\3519267.1
Case No. 2:13-cv-00087-WBS-AC

**ORDER**

IT IS SO ORDERED.

Dated:   February 26, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE